AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

Paul A. DiBella

SUMMONS IN A CIVIL CASE

CASE NUMBER: **03 cv 12330 RWZ**

TO: (Name and address of Defendant)

Paul A. DiBella
8 Wyndham Hill Drive
Plymouth, MA 02360

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: NOV 20 2003



**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

February 20, 2004

I hereby certify and return that on 2/17/2004 at 12:36 pm I served a true and attested copy of the summons and complaint with civil action cover sheet, case cover sheet and corporate disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of Paul A. DiBella, , 8 Wyndham Hill Drive Plymouth, MA 02360 and by mailing 1st class to the above address on 2/17/2004. Basic Service Fee ($20.00), Conveyance ($4.50), Travel ($17.60), Postage and Handling ($3.00), Attest (2 copies) ($10.00) Total Charges $55.10

_____
Deputy Sheriff

Deputy Sheriff John T. LaLond

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                          Signature of Server

                                _____
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.